

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2023

No. 04-21-00300-CV

**IN THE MATTER OF THE ESTATE OF** Van L. **CRAPPS**, Deceased

From the County Court at Law, Medina County, Texas
Trial Court No. 9498
Honorable Mark Cashion, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, we GRANT Appellant's motion for rehearing. We WITHDRAW our October 12, 2022 opinion and order, and we SUBSTITUTE this opinion and order in its stead.

This appeal is DISMISSED FOR WANT OF JURISDICTION. Costs of court for this appeal are taxed against Van Kevin Christensen.

It is so **ORDERED** on January 25, 2023.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of January, 2023.

_____
Michael A. Cruz, Clerk of Court